# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONNEY KILLENSWORTH,<br><br>Plaintiff,<br><br>v.<br><br>D. GODFREY et al.,<br><br>Defendants. | Case No. 2:19-cv-06029-VBF (MAA)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the other records on file herein, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's Objection to the Report and Recommendation.

The Court has conducted a *de novo* review of the portions of the Report and Recommendation to which Objections were directed. With respect to Plaintiff's argument that the Court never replied to Plaintiff's March 2020 motion requesting copies of his exhibits, the Court sent Plaintiff a copy of his entire First Amended Complaint, with attached exhibits, on March 4, 2020. The Objections do not cause the Court to disagree with the Report and Recommendation, and the Court finds no defect of law, fact, or logic in the Report and Recommendation. The Court concurs

with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge, and overrules the Objections.

IT THEREFORE IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge is ACCEPTED and ADOPTED;
2. Plaintiff's Second Amended Complaint is DISMISSED WITH PREJUDICE and WITHOUT LEAVE TO AMEND; and
3. Judgment shall be ENTERED dismissing the entire action with prejudice.

Dated:  June 1, 2020

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE