# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONNEY KILLENSWORTH, | Case No. 2:19-cv-06029-VBF (MAA) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| D. GODFREY et al., | |
| Defendants. | |

Final judgment is hereby entered in favor of all defendants and against plaintiff Tonney Killensworth.  IT IS SO ADJUDGED.

Dated:  June 1, 2020

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE